**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                                                            Civ. No. 3:24-cv-01478

MUNICIPALITY OF PONCE, PUERTO RICO,

      Defendant.

---

**NOTICE OF LODGING OF CONSENT DECREE**

PLEASE TAKE NOTICE that the United States is lodging a proposed Consent Decree with the Court. The proposed Consent Decree provides for the defendant, the Municipality of Ponce, Puerto Rico ("Ponce") to come into compliance with the Clean Water Act, 33 U.S.C. §§ 1251, *et seq*. ("Act") by implementing various injunctive relief measures that will: (i) prevent future unpermitted discharges from Ponce's Municipal Separate Storm Sewer System ("MS4") outfalls into U.S. Waters; and (ii) bring Ponce into compliance with its National Pollutant Discharge Elimination System ("NPDES") General Permit for Discharges from Small MS4s within the Commonwealth of Puerto Rico. The Consent Decree also requires Ponce to pay a $25,000 civil penalty, based on its limited ability to pay.

In accordance with 28 C.F.R. § 50.7, the United States must publish a notice in the Federal Register that the Consent Decree has been lodged with the Court. For a period of 45 days from the date of such publication, the public has an opportunity to submit comments relating to the proposed Consent Decree. After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decree, unless the

comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, improper, or inadequate. Accordingly, the United States requests that the Court take no action on the proposed Consent Decree until the United States notifies the Court that it supports entry of the Consent Decree after expiration of the public comment period.

Respectfully submitted,

SUZETTE MELENDEZ COLON
Digitally signed by SUZETTE MELENDEZ COLON
Date: 2024.10.15 17:25:13 -04'00'

_____
Suzette M. Meléndez-Colón G04014
Special Attorney, U.S. Department of Justice
City View Plaza II, Suite 7000
#48 RD. 165 km 1.2
Guaynabo, PR 00968-8069

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I sent the foregoing via email to the following representatives of the defendant in this matter:

>Shirley Vokac
>416 Ponce de León Avenue
>Union Plaza, Suite 311
>San Juan, Puerto Rico 00918
>shirleyvok@gmail.com
>
>Carlos E. Colón Franceschi
>416 Ponce de León Avenue
>Union Plaza, Suite 311
>San Juan, Puerto Rico 00918
>ccf@tcm.law

>  */s/ Suzette M. Meléndez-Colon*
> Suzette M. Meléndez-Colon